Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward, CA 94540
(510) 266-5580

Trustee for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| In Re | |
|---|---|
| Dominador Lantin Ona<br>Marites Motas Ona | Chapter 13 Case Number:<br>17-40390-CN 13 |
| Debtor(s) | |

**MOTION TO DISMISS OR CONVERT CHAPTER 13 CASE FOR FAILURE TO MAKE PLAN PAYMENTS**

**TO THE DEBTOR(S) AND DEBTOR(S)' ATTORNEY:**

Martha G Bronitsky, Chapter 13 Standing Trustee, requests an Order Dismissing or Converting this case pursuant to 11 U.S.C. Section 1307(c) upon the grounds that the debtor(s) is in material default for the following resons:

1. **YOU ARE IN DEFAULT UNDER YOUR CHAPTER 13 PLAN.**

   As of April 19, 2017 you should have paid a total of $2,250.00 to the Chapter 13 Trustee. According to the Trustee's records, you are in default in the amount of $1,190.00. The default amount includes the current's month payment. Payments must be current until this Motion is resolved.

2. In order to continue to receive protection of the United States Bankruptcy Court: **YOU MUST** bring the case current by paying in certified funds to the Trustee in the amount of $1,190.00 within 21 days of the date of this notice.

3. Unless you pay the default amount, as provided in paragraph 2 above, twenty-one (21) days from the date of this notice, **YOUR CASE SHALL BE IMMEDIATELY DISMISSED OR CONVERTED WITHOUT ANY FURTHER NOTICE OR HEARING**

Dated: April 19, 2017            /s/ Martha G. Bronitsky
                                 _____
                                 Signature of Martha G. Bronitsky
                                 Chapter 13 Standing Trustee

| | | |
|---|---|---|
| 1 | In re | Chapter 13 Case No. 17-40390-CN |
| 2 |     Dominador Lantin Ona<br>    Marites Motas Ona | 13 |
| 3 |             debtor(s) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dominador Lantin Ona             Nathan D Borris Atty
Marites Motas Ona                1380 A Street
16267 Ashland Ave #5          Hayward,CA 94541
San Lorenzo,CA 94580

                                              (Counsel for Debtor)

(Debtor(s))

Date: April 19, 2017                /s/ Martha Ivania Silva
                                              Martha Ivania Silva