Jamie D. Hanawalt (SBN 309934)
jhanawalt@aldridgepite.com
Joseph C. Delmotte (SBN 259460)
jdelmotte@aldridgepite.com
**ALDRIDGE PITE, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for Movant
U.S. Bank National Association, as Trustee LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-7N

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>DOMINADOR LANTIN ONA and MARITES MOTAS ONA,<br><br>Debtors. | Case No. 17-40390-CDN<br><br>Chapter 13<br><br>R.S. No. JDH - 025<br><br>**DECLARATION OF DEFAULT UNDER ORDER GRANTING ADEQUATE PROTECTION**<br><br>Property Address:<br>16267 Ashland Ave. #5<br>San Lorenzo, California 94580<br><br>DATE:<br>TIME:<br>CTRM:<br>　　1300 Clay Street<br>　　Oakland, CA 94612 |

I, _Mary Gracia_, declare as follows:

1. I am over 18 years of age and am employed as a _Assistant Secretary_ of Nationstar Mortgage LLC ("Nationstar"). In such capacity, I am authorized to make this declaration regarding the loan (the "Loan") that is the subject of U.S. Bank National Association, as Trustee LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-7N's Order Granting Adequate Protection (the "Order") entered in the instant case.

- 1 -　　　　　　　　　　　　　　　　　　　　　　Case No. 17-40390-CDN
**DECLARATION OF DEFAULT UNDER ORDER GRANTING ADEQUATE PROTECTION**

2. I have access to Nationstar's books and records regarding the Loan, including Nationstar's servicing records and copies of the applicable Loan documents. I am familiar with the manner in which Nationstar maintains its books and records, including computer records relating to the servicing of the Loan. Nationstar's records are made at or near the time of the occurrence of the matters set forth in such records, by an employee or representative with knowledge of the acts or events recorded. Such records are obtained, kept and maintained by Nationstar in the regular course of Nationstar's business. Nationstar relies on such records in the ordinary course of its business.

3. The Order was entered in the instant case on November 3, 2017, which conditions the continuation of the automatic stay in this case on the performance by Dominador Lantin Ona and Marites Motas Ona, ("Debtors") of certain obligations for the benefit of U.S. Bank National Association, as Trustee LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-7N. A true and correct copy of the Order is attached hereto as **Exhibit A** and incorporated herein by reference.

4. The Debtors defaulted upon their obligations under the Order by failing to make the March 1, 2018 through June 1, 2018 post-petition payments in the amount of $2,296.85 each, the March 15, 2018 through June 15, 2018, additional payments in the amount of $201.74 each. The total amount past due under the Order, as stated in the notice of default letter ("NOD") dated June 25, 2018, was $8,478.32, which includes a credit of $1,516.04 in debtor suspense.

5. U.S. Bank National Association, as Trustee LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-7N caused the NOD identifying the default referenced in paragraph 4 to be served on the Debtors on June 25, 2018. A true and correct copy of the Notice is attached hereto as **Exhibit B**.

6. Funds in the amount of $2,498.59 was received, but was not enough to cure the noticed default. The July 1, 2018 through September 1, 2018 post-petition payment in the amount of $2,296.85 each, and the July 15, 2018 through September 15, 2018 additional payments in the amount of $201.74 each, are also now in default. Additionally, U.S. Bank National Association, as Trustee LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-7N has incurred attorneys' fees in the amount of $200.00 incident to the preparation of this

- 2 -
Case No. 17-40390-CDN

**DECLARATION OF DEFAULT UNDER ORDER GRANTING ADEQUATE PROTECTION**

Case: 17-40390   Doc# 51   Filed: 10/04/18   Entered: 10/04/18 13:01:27   Page 2 of 3

declaration and the corresponding proposed order.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Lewisville, TX, this 2 day of October, 2018.

_____  *Signature of Declarant* (signed: Mary Gracia)
*Print Declarant's Name*

Mary Gracia
Assistant Secretary of
Nationstar Mortgage LLC
d/b/a Mr. Cooper
Affiant

- 3 -  Case No. 17-40390-CDN
**DECLARATION OF DEFAULT UNDER ORDER GRANTING ADEQUATE PROTECTION**